U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

FEB 05 2013

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.  Crim. No. 10-cr-26-4-JL

Tiffany Noblin

## ORDER ON VIOLATION OF CONDITIONS

The defendant appeared before me on this date at a LASER Review Hearing. During the course of the hearing, the court determined that the defendant has violated the terms of the LASER Agreement/Order on Conditions of Release. As a result, the court enters the following order: *from 6pm on Friday nights through 6pm on Sunday nights*

___ The defendant shall be detained until *May 5, 2013*.
At the conclusion of incarceration, defendant shall be:

___ Brought before the undersigned judge.

_✓_ Released on *May 5* [Date] at *6* [Time] am/**pm**.

___ The defendant shall reside in Hampshire House for a period of _____ days/months to commence on _____, and shall observe the rules of that facility.

___ The defendant shall be placed on home detention for _____ days/months, to commence on _____. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Office. The defendant shall pay for the cost of electronic monitoring to the extent he is able as determined by the probation officer.

**X** The defendant shall be subject to the following additional or modified conditions:

_The defendant reverts to LASER Phase III as of today._

Prior conditions of release not inconsistent with this order shall remain in full force and effect.

SO ORDERED.

Date: 2/6/13

Joseph N. Laplante
Chief Judge